United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISMAEL ALPIZAR-GOMEZ | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-138 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Ismael Alpizar-Gomez is in the custody of Immigrations and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  He presents a petition for writ of habeas corpus and requests his immediate release from custody or that he receive an individualized bond determination by an immigration judge. (Pet., Doc. 1, 16)  He challenges the legality of his detention under 8 U.S.C. § 1225(b)(2) and argues that Respondents must rely on 8 U.S.C. § 1226 to detain him.

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), and views the decision as precluding Petitioner Ismael Alpizar-Gomez's claims based on the application of 8 U.S.C. §§ 1225 and 1226.  As a result, it is:

**ORDERED** that by no later than February 20, 2026, Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court will deny the Petition and dismiss this case.

Signed on February 9, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge